Randall C. Nelson, State Bar No. 138298
**CARR, KENNEDY, PETERSON & FROST**
A Law Corporation
420 Redcliff Drive
Redding, California 96002
(530) 222-2100; FAX (530) 222-0504

Attorneys for Defendants Jason Eatmon, individually
and d/b/a KDJ Enterprises, a general partnership;
Dan Lockwood, individually and d/b/a KDJ
Enterprises, a general partnership; and Development
Group, Inc., a California corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAM ONE NETWORKING, a California Corporation; <br><br> Plaintiff, <br><br> vs. <br><br> JASON EATMON, individually and d/b/a KDJ Enterprises, a general partnership; DAN LOCKWOOD, individually and d/b/a KDJ Enterprises, a general partnership; DEVELOPMENT GROUP, INC., a California corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. <br> _____ | NO. 2:09-CV-00903-WBS-DAD <br><br> **STIPULATION AND ORDER TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER RE EXPERT DISCOVERY** |

The Court's August 5, 2009 Status (Pretrial Scheduling) Order establishes an expert witness disclosure date of February 12, 2010, a supplemental expert witness disclosure date of April 2, 2010, and a deadline for completion of discovery of May 28, 2010, which would be inclusive of all expert witness discovery.

The parties are presently conducting written discovery and contemplate proceeding with all necessary depositions to be completed before discovery deadline. However, due to the

1

technical nature of this case and the fact that the determination of appropriate expert witnesses depends to a great extent on deposition testimony to be provided by certain percipient witnesses whose depositions will likely not be taken until March or April of this year, it is apparent to the parties that it is not realistic to disclose expert witnesses and conduct expert witness discovery before the completion of percipient discovery.  In order to provide all parties sufficient time to prepare substantive disclosures of expert witnesses and to conduct thorough discovery of expert witnesses, the parties propose to amend the schedule to provide for the following dates:

| | |
|---|---|
| DISCLOSURE OF EXPERTS | JUNE 11, 2010 |
| DISCLOSURE OF SUPPLEMENTAL EXPERTS | JUNE 25, 2010 |
| COMPLETION OF EXPERT WITNESS DISCOVERY | JULY 9, 2010 |

All other deadlines (completion of discovery, motion hearing schedule, final pretrial conference, and trial) will remain unchanged.

IT IS SO STIPULATED.

DATED: March 4, 2010.

        PALMER KAZANJIAN WOHL HODSON LLP

        By /s/Jennifer L. McQuarrie (as authorized on 03/01/10)
          Jennifer L. McQuarrie
          Attorneys for Plaintiff

DATED: March 4, 2010.

        CARR, KENNEDY, PETERSON & FROST

        By /s/Randall C. Nelson
          Randall C. Nelson
          Attorneys for Defendants Jason Eatmon, individually
          and d/b/a KDJ Enterprises, a general partnership;
          Dan Lockwood, individually and d/b/a KDJ
          Enterprises, a general partnership; and Development
          Group, Inc., a California corporation

**O R D E R**

IT IS SO ORDERED.

DATED: March 4, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE