1  Christopher Wohl, SBN: 170280
2  Jennifer L. McQuarrie, SBN: 191730
   PALMER KAZANJIAN WOHL HODSON, LLP
3  520 Capitol Mall, Suite 600
   Sacramento, California 95814
4  Phone: 916-442-3552

5  Attorneys for Plaintiff and Counterdefendant,
   TEAM ONE NETWORKING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-oooOooo-

| | |
|---|---|
| TEAM ONE NETWORKING, a California Corporation;<br><br>    Plaintiffs,<br>v.<br><br>JASON EATMON, individually; DAN LOCKWOOD, individually, DEVELOPMENT GROUP, INC. a California corporation,; and, DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:09-cv-00903<br><br>**STIPULATION AND ORDER TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER RE DISCOVERY** |
| DAN LOCKWOOD,<br><br>    Counterclaimant,<br>v.<br><br>TEAM ONE NETWORKING, a California Corporation;<br><br>    Counterdefendant. | The Honorable William B. Shubb |

The Court's August 5, 2009 Status (Pretrial Scheduling) Order originally established an expert witness disclosure date of February 12, 2010, a supplemental expert witness disclosure date of April 2, 2010, and a deadline for completion of discovery of May 28, 2010, which would be inclusive of all expert witness discovery and discovery motions.

PALMER KAZANJIAN
WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
916.442.3552

STIPULATION AND ORDER TO MODIFY THE
STATUS (PRETRIAL SCHEDULING) ORDER

The parties previously submitted to the Court a Stipulation modifying the deadlines relating to expert disclosure and expert discovery. The parties continue to conduct written discovery but have not yet begun proceeding with all necessary depositions. Due to the technical nature of this case, the speed with which the parties have been able to produce electronic documentation has been slower than expected. Despite the delays, the parties have been diligent in their efforts.

In light of these delays, it is apparent to the parties that it is not realistic that the depositions of percipient witnesses will be completed until July, with expected expert discovery thereafter. In order to provide the parties sufficient time to prepare for the November 30, 2010 trial date, the parties propose to amend the schedule to provide for the following dates:

| | |
|---|---|
| DISCLOSURE OF EXPERTS | AUGUST 20, 2010 |
| DISCLOSURE OF SUPPLEMENTAL EXPERTS | SEPTEMBER 3, 2010 |
| COMPLETION OF ALL DISCOVERY (INCLUDING EXPERT) | SEPTEMBER 17, 2010 |
| DISPOSITIVE MOTION HEARING DEADLINE | OCTOBER 31, 2010 |

All other deadlines (final pretrial conference and trial) will remain unchanged.

IT IS SO STIPULATED.

CARR, KENNEDY, PETERSON & FROST

Dated: _____     By: /s/ Randall Nelson
                               Randall Nelson, Esq.
                               Attorneys for Defendants and
                               Counterclaimants
                               Jason Eatmon, Dan Lockwood and
                               Development Group, Inc.

PALMER KAZANJIAN WOHL HODSON, LLP

Dated: _____     By: /s/ Christopher F. Wohl
                               Christopher F. Wohl
                               Attorneys for Plaintiff and Counterdefendant
                               Team One Networking, Inc.

PALMER KAZANJIAN
WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATION AND ORDER TO MODIFY THE
STATUS (PRETRIAL SCHEDULING) ORDER

2.

## **ORDER**

Upon the agreement of the parties hereto, and Good Cause appearing

IT IS SO ORDERED.

DATED: May 5, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PALMER KAZANJIAN
WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATION AND ORDER TO MODIFY THE
STATUS (PRETRIAL SCHEDULING) ORDER         3.