Christopher Wohl, SBN: 170280
Jennifer L. McQuarrie, SBN: 191730
PALMER KAZANJIAN WOHL HODSON, LLP
520 Capitol Mall, Suite 600
Sacramento, California 95814
Phone: 916-442-3552

Attorneys for Plaintiff and Counterdefendant,
TEAM ONE NETWORKING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-oooOooo-

| | |
|---|---|
| TEAM ONE NETWORKING, a California Corporation;<br><br>    Plaintiffs,<br><br>v.<br><br>JASON EATMON, individually; DAN LOCKWOOD, individually, DEVELOPMENT GROUP, INC. a California corporation,; and, DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:09-cv-00903<br><br>**STIPULATION AND ORDER TO CONTINUE THE TRIAL DATE, MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER AND AMEND THE COUNTERCLAIM OF DAN LOCKWOOD** |
| DAN LOCKWOOD,<br><br>    Counterclaimant,<br><br>v.<br><br>TEAM ONE NETWORKING, a California Corporation;<br><br>    Counterdefendant. | The Honorable William B. Shubb |

WHEREAS, the parties agreed to modify the Court's August 5, 2009 Status (Pretrial Scheduling) Order ("Scheduling Order") extending deadlines for the original expert witness disclosure, the supplemental expert witness disclosure, and the deadline for completion of discovery. The Court approved the stipulation on March 4, 2010.

PALMER KAZANJIAN
WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
916.442.3552

STIPULATION AND ORDER TO CONTINUE THE TRIAL DATE, MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER AND AMEND THE COUNTERCLAIM OF DAN LOCKWOOD

WHEREAS, in April 2010, the parties further agreed to modify the Scheduling Order extending discovery and related deadlines closer to the trial date. The Court approved the stipulation on May 5, 2010.

WHEREAS, defendant and counterclaimant Lockwood has determined as a result of further review of discovery responses and other documentation, that additional claims for relief exist relating to the employment relationship between Lockwood and Team One Networking that should be brought in this action, Lockwood's Counterclaim should be amended to add such additional claims for relief in the form of a First Amended Counterclaim.

WHEREAS, the parties continue to exchange documents responsive to the discovery requests, which exchange has been much slower than expected due to the technical nature of the electronic documentation. The parties wish to complete discovery in November in order to conduct a meaningful mediation in December 2010. The delays, coupled with unavailability for depositions and an earlier trial date due to conflicting trial obligations of counsel, have necessitated the need to move the trial date to March 22, 2011.

The parties hereby agree that defendant and counterclaimant Dan Lockwood may file his First Amended Counterclaim, a copy of which is attached hereto as Exhibit A.

The parties further agree to modify the Scheduling Order in the following ways and ask that the Court approve this modification:

| | |
|---|---|
| COMPLETION OF ALL PERCIPIENT DISCOVERY | NOVEMBER 15, 2010 |
| MEDIATION TO BE COMPLETED BY | DECEMBER 17, 2010 |
| DISCLOSURE OF EXPERTS | DECEMBER 31, 2010 |
| DISCLOSURE OF SUPPLEMENTAL EXPERTS | JANUARY 14, 2011 |
| EXPERT DISCOVERY COMPLETED | FEBRUARY 22, 2011 |
| DISPOSITIVE MOTION HEARING DEADLINE | FEBRUARY 22, 2011 |
| PRETRIAL CONFERENCE STATEMENT | FEBRUARY 26, 2011 |
| PRETRIAL CONFERENCE | MARCH 8, 2011 |
| TRIAL | MARCH 22, 2011 |

IT IS SO STIPULATED.

PALMER KAZANJIAN WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATION AND ORDER TO CONTINUE THE TRIAL DATE, MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER AND AMEND THE COUNTERCLAIM OF DAN LOCKWOOD

2.

CARR, KENNEDY, PETERSON & FROST

Dated:_____   By:  /s/ Randall Nelson
    Randall Nelson, Esq.
    Attorneys for Defendants and
    Counterclaimants
    Jason Eatmon, Dan Lockwood and
    Development Group, Inc.

PALMER KAZANJIAN WOHL HODSON, LLP

Dated:_____   By: /s/ Christopher F. Wohl
    Christopher F. Wohl
    Attorneys for Plaintiff and Counterdefendant
    Team One Networking, Inc.

PALMER KAZANJIAN
WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATION AND ORDER TO CONTINUE THE TRIAL DATE, MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER AND AMEND THE COUNTERCLAIM OF DAN LOCKWOOD

3.

1 **ORDER**

2  Upon the agreement of the parties hereto, and Good Cause appearing

3  IT IS SO ORDERED.

4

5  DATED: August 26, 2010

6

7  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PALMER KAZANJIAN
WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATION AND ORDER TO CONTINUE THE TRIAL DATE, MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER AND AMEND THE COUNTERCLAIM OF DAN LOCKWOOD

4.