Christopher Wohl, SBN: 170280
Jennifer L. McQuarrie, SBN: 191730
PALMER KAZANJIAN WOHL HODSON, LLP
520 Capitol Mall, Suite 600
Sacramento, California 95814
Phone: 916-442-3552

Attorneys for Plaintiff and Counterdefendant,
TEAM ONE NETWORKING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-oooOooo-

| | |
|---|---|
| TEAM ONE NETWORKING, a California Corporation; <br><br> Plaintiffs, <br><br> v. <br><br> JASON EATMON, individually; DAN LOCKWOOD, individually, DEVELOPMENT GROUP, INC. a California corporation,; and, DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 2:09-cv-00903 <br><br> **STIPULATION AND ORDER TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER RE EXPERT DISCOVERY** |
| DAN LOCKWOOD, <br><br> Counterclaimant, <br><br> v. <br><br> TEAM ONE NETWORKING, a California Corporation; <br><br> Counterdefendant. | The Honorable William B. Shubb |

WHEREAS, the parties agreed to modify the Court's August 5, 2009 Status (Pretrial Scheduling) Order ("Scheduling Order") extending deadlines for the original expert witness disclosure, the supplemental expert witness disclosure, and the deadline for completion of discovery. The Court approved the stipulation on March 4, 2010.

PALMER KAZANJIAN
WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
916.442.3552

STIPULATION AND ORDER TO MODIFY THE
STATUS (PRETRIAL SCHEDULING) ORDER

1   WHEREAS, in April 2010, the parties further agreed to modify the Scheduling Order
2   extending discovery and related deadlines closer to the trial date.  The Court approved the stipulation
3   on May 5, 2010.

4   WHEREAS, in August 2010, the parties further agreed to modify the Scheduling Order
5   extending discovery, and also moving the trial date to March 22, 2011, so that the parties could
6   complete discovery and engage in meaningful mediation by December 17, 2010.  The Court approved
7   the stipulation on August 26, 2010.

8   WHEREAS, due to the technical nature of the electronic documentation in this case, because
9   the depositions of the parties continued through December 2, 2010, and based on the availability of
10  the mediator (the Honorable Raul Ramirez (Ret.)), the parties were unable to schedule mediation until
11  January 12, 2011.

12  WHEREAS, the parties wish to retain and disclose experts after the January 12, 2011,
13  mediation and also want to have mediation completed by January 19, 2011, which would allow for a
14  second day of mediation if necessary.

15  The parties hereby agree to modify the Scheduling Order in the following ways and ask that
16  the Court approve this modification:

17  MEDIATION                                                JANUARY 19, 2011
18  DISCLOSURE OF EXPERTS                                    JANUARY 31, 2011
19  DISCLOSURE OF SUPPLEMENTAL EXPERTS                       FEBRUARY 14, 2011
20  All other deadlines (final pretrial conference and trial) will remain unchanged.
21  IT IS SO STIPULATED.

PALMER KAZANJIAN
WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATION AND ORDER TO MODIFY THE         2.
STATUS (PRETRIAL SCHEDULING) ORDER

CARR, KENNEDY, PETERSON & FROST

Dated: January 3, 2011    By:  /s/ Randall Nelson
Randall Nelson, Esq.
Attorneys for Defendants and Counterclaimants
Jason Eatmon, Dan Lockwood and Development Group, Inc.

PALMER KAZANJIAN WOHL HODSON, LLP

Dated: January 3, 2011    By: /s/ Christopher F. Wohl
Christopher F. Wohl
Attorneys for Plaintiff and Counterdefendant
Team One Networking, Inc.

PALMER KAZANJIAN WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATION AND ORDER TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER    3.

**ORDER**

Upon the agreement of the parties hereto, and Good Cause appearing

IT IS SO ORDERED.

DATED: December 30, 2010

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PALMER KAZANJIAN
WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATION AND ORDER TO MODIFY THE
STATUS (PRETRIAL SCHEDULING) ORDER        4.