IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TEAM ONE NETWORKING,

    Plaintiff,                               No. CIV S-09-0903 WBS DAD

    v.

JASON EATMON, et al.,

    Defendants.                           ORDER

_____/

        This case came before the court on February 11, 2011, for hearing on defendants' motion for a protective order with regard to discovery sought by plaintiff after non-expert discovery closed on November 15, 1010 (Doc. No. 45). Jennifer L. McQuarrie, Esq. appeared for plaintiffs. Randall C. Nelson, Esq. appeared for defendants.

        For the reasons set forth on the record, IT IS ORDERED that defendants' motion for protective order (Doc. No. 45) is denied as unnecessary because the deposition notices and subpoenas served by plaintiff after close of discovery are not enforceable.

DATED: February 11, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/teamone0903oah.021111