Christopher Wohl, SBN: 170280
Jennifer L. McQuarrie, SBN: 191730
PALMER KAZANJIAN WOHL HODSON, LLP
520 Capitol Mall, Suite 600
Sacramento, California 95814
Phone: 916-442-3552

Attorneys for Plaintiff and Counterdefendant,
TEAM ONE NETWORKING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-oooOooo-

| | |
|---|---|
| TEAM ONE NETWORKING, a California Corporation;<br><br>    Plaintiffs,<br><br>v.<br><br>JASON EATMON, individually; DAN LOCKWOOD, individually, DEVELOPMENT GROUP, INC. a California corporation,; and, DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:09-cv-00903<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL PURSUANT TO LOCAL RULE 141**<br><br>The Honorable William B. Shubb |
| DAN LOCKWOOD,<br><br>    Counterclaimant,<br><br>v.<br><br>TEAM ONE NETWORKING, a California Corporation;<br><br>    Counterdefendant. | |

[PROPOSED] ORDER

PALMER KAZANJIAN
WOHL HODSON LLP
520 Capitol Mall, Suite 600
Sacramento, CA  95814
916.442.3552

Plaintiff and Counterdefendant TEAM ONE NETWORKING, INC.'s ("Plaintiff") Notice of Request and Request to Seal Documents Pursuant to Local Rule 141 ("Request"), and related documents, were received by the Court on February 9, 2011. After consideration of the Request and all other documents filed in connection therewith, IT IS HEREBY ORDERED that Plaintiff's Request is Granted.

Dated: February 11, 2011

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[PROPOSED] ORDER    2.