Christopher Wohl, SBN: 170280
Jennifer L. McQuarrie, SBN: 191730
PALMER KAZANJIAN WOHL HODSON, LLP
520 Capitol Mall, Suite 600
Sacramento, California 95814
Phone: 916-442-3552

Attorneys for Plaintiff and Counterdefendant,
TEAM ONE NETWORKING

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-oooOooo-

| | |
|---|---|
| TEAM ONE NETWORKING, a California Corporation;<br><br>          Plaintiffs,<br><br>v.<br><br>JASON EATMON, individually; DAN LOCKWOOD, individually, DEVELOPMENT GROUP, INC. a California corporation,; and, DOES 1 through 10, inclusive,<br><br>          Defendants.<br><br>DAN LOCKWOOD,<br><br>          Counterclaimant,<br><br>v.<br><br>TEAM ONE NETWORKING, a California Corporation;<br><br>          Counterdefendant. | CASE NO. 2:09-cv-00903<br><br>**STIPULATION AND ORDER TO CONTINUE THE DATE TO FILE DISPOSITION DOCUMENTS**<br><br><br>The Honorable William B. Shubb |

WHEREAS, pursuant to the Minute Order dated February 25, 2011, the Court set the deadline for filing disposition documents as March 21, 2011.

WHEREAS, the parties continue in good faith to negotiate the language for the final Settlement and Release Agreement.

---

WHEREAS, the parties believe they will need additional time to finalize the Settlement and Release Agreement and therefore request that the Court set April 4, 2011, as the last day to file disposition documents.

IT IS SO STIPULATED.

CARR, KENNEDY, PETERSON & FROST

Dated: March 21, 2011          By:   /s/ Randall Nelson
                                     Randall Nelson, Esq.
                                     Attorneys for Defendants and
                                     Counterclaimants
                                     Jason Eatmon, Dan Lockwood and
                                     Development Group, Inc.


PALMER KAZANJIAN WOHL HODSON, LLP

Dated: March 21, 2011          By:  /s/ Christopher F. Wohl
                                     Christopher F. Wohl
                                     Attorneys for Plaintiff and Counterdefendant
                                     Team One Networking, Inc.

PALMER KAZANJIAN WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATION AND ORDER TO CONTINUE THE DATE TO FILE DISPOSITION DOCUMENTS     2.

## **ORDER**

Upon the agreement of the parties hereto, and Good Cause appearing.

IT IS SO ORDERED: The disposition date for the filing of a stipulated dismissal or a joint status report is continued to April 4, 2011. The Scheduling Conference is continued from April 4, 2011 to April 18, 2011 at 2:00 p.m.

DATED: March 23, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PALMER KAZANJIAN
WOHL HODSON LLP
520 CAPITOL MALL, SUITE 600
SACRAMENTO, CA 95814
916.442.3552

STIPULATION AND ORDER TO CONTINUE THE DATE TO FILE DISPOSITION DOCUMENTS     3.