Randall C. Nelson, State Bar No. 138298
**CARR, KENNEDY, PETERSON & FROST**
A Law Corporation
420 Redcliff Drive
Redding, California 96002
(530) 222-2100; FAX (530) 222-0504

Attorneys for Defendants and Counterclaimants
Jason Eatmon, individually and d/b/a KDJ Enterprises,
a general partnership; Dan Lockwood, individually and
d/b/a KDJ Enterprises, a general partnership; and
Defendant Development Group, Inc., a California corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAM ONE NETWORKING, a California Corporation; | NO. 2:09-CV-00903-WBS-DAD |
| Plaintiff, | **STIPULATION AND ORDER RE SETTLEMENT AND DISMISSAL OF ACTION** |
| vs. | |
| JASON EATMON, individually and d/b/a KDJ Enterprises, a general partnership; DAN LOCKWOOD, individually and d/b/a KDJ Enterprises, a general partnership; DEVELOPMENT GROUP, INC., a California corporation; and DOES 1 through 10, inclusive, | The Honorable William B. Shubb |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

WHEREAS, Team One Networking, Inc. ("Team One") filed an action against Jason Eatmon, Dan Lockwood, Development Group, Inc. and KDJ Enterprises (collectively referred to as "Defendants") in the United States District Court, Eastern District, Case No. 2:09-cv-00903 (the "Action"). Jason Eatmon and Dan Lockwood each filed Counterclaims against Team One in the same Action;

1

1  WHEREAS, Team One and Defendants have reached a full and final confidential settlement of the Action, the terms of which are set forth in a "Confidential Settlement Agreement and Mutual Release of Claims" ("Settlement Agreement"), which has been executed by the parties.

IT IS HEREBY STIPULATED that the parties agree and hereby request that the United States District Court, Eastern District of California, shall retain jurisdiction over the parties to enforce the terms of the Settlement Agreement until there is full performance of the terms thereof, which shall have occurred on or before December 31, 2013.

IT IS FURTHER STIPULATED that the entire Action shall be dismissed without prejudice.

DATED:  April 28, 2011.            PALMER KAZANJIAN WOHL HODSON, LLP

By /s/Christopher Wohl (as authorized on 04/28/11)
   Christopher Wohl
   Attorneys for Plaintiff and Counterdefendant

DATED:  April 28, 2011.            CARR, KENNEDY, PETERSON & FROST

By /s/Robert M. Harding
   Robert M. Harding
   Attorneys for Defendants and
   Counterclaimants

## **O R D E R**

**IT IS SO ORDERED.**  The Court shall retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement.

DATED:  May 3, 2011

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

STIPULATION & ORDER RE SETTLEMENT & DISMISSAL OF ACTION